Printed: 12/29/10 12:10 PM

Page: 1

Case: 09-65355 - DYER, PATRICIA KAY

# Claims Distribution Small Checks

Trustee: JOSIAH L. MASON (550220)

*Receipt 60896*

FILED 2010 DEC 30 PM 1:06

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920064309003166 | 107 | 12/29/10 | 1 | 05/13/10 | 610 | Payee: U.S. Bankruptcy Court<br>Vascular & Endovascular Specialists<br>370 Cline Ave.<br>Mansfield, OH 44907-1057 | 6.35 | 6.35 | 0.64 | 0.64 |

Check Amount: $0.64

(*) Denotes objection to Amount Filed